# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Rule 5 Proceedings

| | | | |
|---|---|---|---|
| Case Number: | 3:18mj152-LRA | UNITED STATES vs. CRAVITZ | |
| Hearing Date: | 7/26/2018 | Time In and Out: | 13 min./12:02:43-12:15:44 |
| Clerk: | Winnie Goodwin | Courtroom: | 6D |
| Defendant: | Victoria Michelle Cravitz | Defendant's Counsel: | Michael Scott, FPD |
| AUSA | David H. Fulcher | Pretrial/Probation: | Robert Wilder, Jr. |
| Interpreter: | n/a | | |

## Initial Appearance

- ☒ Defendant sworn
- ☒ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel – FPD appointed
- ☒ Government moves to detain   ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Defendant waives identity hearing, preliminary hearing and detention hearing but requests preliminary hearing and detention hearing in charging district
- ☐ Court finds probable cause   ☐ Court does not find probable cause

## Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant to be transferred to charging district
- ☐ Conditions

## Other

- ☐
- ☐