SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 26 2018

ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:18mj152-LRA

VICTORIA MICHELLE CRAVITZ

## ORDER APPOINTING COUNSEL

The Defendant has satisfied the Court after appropriate inquiry that he/she (1) does

not wish to waive representation by counsel, and (2) is financially unable to obtain

counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the

Defendant for all further proceedings and shall remain in effect until terminated or a

substitute attorney is appointed or retained.

ORDERED July 26, 2018.


_____
UNITED STATES MAGISTRATE JUDGE